**Order entered June 10, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00413-CV

## IN RE CROSSMARK INC., VIRGINIA MOLTHEN, BARBARA DEVINE, AND KATHERINE KNETTEL, Relators

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02019-2022**

### ORDER
Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** relators' petition for writ of mandamus as moot. We also **LIFT** the stay issued by this Court's May 2, 2022 order.

/s/ DAVID J. SCHENCK
   JUSTICE